# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHEILA ANN DELMONTE-WRIGHT,<br>    Plaintiff(s),<br>v.<br>GEICO CASUALTY COMPANY,<br>    Defendant(s). | Case No.: 2:19-cv-00921-APG-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than August 28, 2019, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

Dated: August 15, 2019

_____
Nancy J. Koppe
United States Magistrate Judge