# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Sheila Ann Delmonte-Wright, | Case No.: 2:19-cv-921-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | (ECF Nos. 14, 16) |
| Geico Casualty Company, et al., | |
| Defendants. | |

     Defendant GEICO filed an objection (ECF No. 16) to Magistrate Judge Koppe's scheduling order (ECF No. 14). I have reviewed the related papers and find that Magistrate Judge Koppe's order is not clearly erroneous or contrary to law. LR IB 3-1(a). Accordingly, Magistrate Judge Koppe's order **(ECF No. 14) is AFFIRMED and GEICO's objection (ECF No. 16) is DENIED**.

     Dated: October 7, 2019.

                                          _____

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE