# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHEILA ANN DELMONTE-WRIGHT, | Case No.: 2:19-cv-00921-APG-NJK |
| Plaintiff | **Order Denying Motions as Moot** |
| v. | [ECF Nos. 5, 6] |
| GEICO CASUALTY COMPANY, | |
| Defendant | |

In light of the parties' notice of settlement (ECF No. 36),

I ORDER that defendant GEICO Casualty Company's motion to dismiss **(ECF No. 5)** and motion to stay **(ECF No. 6) are DENIED as moot**.

DATED this 17th day of December, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE