McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
 wade.hansard@mccormickbarstow.com
Jonathan W. Carlson
Nevada Bar No. 10536
 jonathan.carlson@mccormickbarstow.com
Renee M. Maxfield
Nevada Bar No. 12814
 renee.maxfield@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101

Attorneys for GEICO CASUALTY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHEILA ANN DELMONTE-WRIGHT,<br><br>Plaintiff,<br><br>v.<br><br>GEICO CASUALTY COMPANY, a foreign entity; DOES I-X and ROE CORPORATIONS XI-XX,<br><br>Defendants. | Case No. 2:19-cv-00921-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

///
///
///
///
///
///

Each party will bear their own costs and attorneys' fees.

DATED this 19TH day of DECEMBER, 2019

BIGHORN LAW

By /s/ 15041
Kimball Jones, Nevada Bar No. 12982
Jacob G. Leavitt, Nevada Bar No. 12608
716 S. Jones Blvd.
Las Vegas, Nevada 89107
Tel. (702) 333-1111

Attorneys for Plaintiff

DATED this 2 day of January, 2020

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By /s/
Wade M. Hansard, Nevada Bar No. 8104
Jonathan W. Carlson, Nevada Bar No. 10536
Renee M. Maxfield, Nevada Bar No. 12814
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE
Dated: January 6, 2020.